# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154290

LORI CICHEWICZ,
      Plaintiff-Appellee,

v

                                           SC: 154290
                                           COA: 330301
                                           Oakland CC: 2011-120900-NH

MICHAEL S. SALESIN, M.D., and
MICHAEL S. SALESIN, M.D., PLC,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the June 21, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2017


                                          Clerk

d0315